CITY OF CORNING, Respondent, *v.* JOHN E. O'NEILL, Appellant.

*City of Corning v. O'Neill*, 180 App. Div. 454, affirmed.

(Argued November 17, 1919; decided December 2, 1919.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 21, 1917, which reversed an order of Special Term sustaining exceptions to the report of commissioners of appraisal in a grade crossing proceeding and confirmed said report. Defendant contested the report on the ground that it failed to provide adequate conpensation for damage to his adjoining property arising from loss of access and incidental injury arising from the doing of the work. The Appellate Division held that the award fully compensated defendant for all legal damages to which he was entitled.

*James O. Sebring* for appellant.

*Justin V. Purcell, Charles D. Newton* and *Floyd G. Greene* for respondent.

*Ledyard P. Hale* for public service commission, second district.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.